UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DANIEL PERRY OSWALD,

                Plaintiff,

v.                                              Case No. 17-cv-1437-pp

DEPARTMENT OF CORRECTIONS, *et al.*,

                Defendants.

---

**ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DKT. NO. 10)**

---

On February 21, 2018, the plaintiff, who is representing himself, filed a motion asking the court to issue a preliminary injunction. Dkt. No. 10. When the plaintiff filed his motion, the defendants had not been served with his amended complaint. On June 21, 2018, the court told the plaintiff that it would not rule on the motion until the defendants had been served with the amended complaint and given an opportunity to respond to the motion. Dkt. No. 13 at 18. On August 20, 2018, the defendants answered the plaintiff's amended complaint. The court now will give them the opportunity to respond to the plaintiff's motion.

The court **ORDERS** the defendants to respond to the plaintiff's motion for a preliminary injunction, dkt. no. 10, by the end of the day on **September 4, 2018.** If, after receiving the defendants' respond, the plaintiff wants to file a

reply in support of his motion, he must do so in time for the court to receive it by the end of the day on **September 18, 2018.**

Dated in Milwaukee, Wisconsin, this 22nd day of August, 2018.

                                          **BY THE COURT:**

                                        _____
                                        **HON. PAMELA PEPPER**
                                        **United States District Judge**